

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

BW
F. #2019R00489

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 21, 2025

By ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Stephen Burton
      Criminal Docket No. 22-79 (PKC)

Dear Judge Chen:

  The government respectfully submits this letter to request that the Court adjourn the June 6, 2025 change of plea hearing until a date in mid-July or later. The parties are continuing to work on a resolution of this matter and request additional time to finalize the agreement. The parties jointly request that the Court enter an Order of Excludable Delay excluding time between June 6, 2025 and the next scheduled date for the change of plea hearing. The government has conferred with defense counsel who consents the requests herein.

            Respectfully submitted,

            JOSEPH NOCELLA, JR.
            United States Attorney

     By: *Benjamin Weintraub*
        Benjamin Weintraub
        Assistant U.S. Attorney
        (718) 254-6519